# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| MARY ELLEN LOCKE, et al., | : | |
| Plaintiffs, | : | Case No. 10-CV-942 |
| v. | : | JUDGE ALGENON L. MARBLEY |
| GRANVILLE EXEMPTED VILLAGE SCHOOL DISTRICT, et al., | : | Magistrate Judge Deavers |
| Defendants. | : | |

## ORDER STAYING THE CASE

This matter is before the Court on Parties' Joint Motion requesting that the case be stayed in its entirety until Granville Exempted Village School District's ("District") termination proceedings against Plaintiffs are resolved, and, if necessary, the subsequent state court actions to appeal the District's termination decision are completed.  Good cause having been shown, the parties' Joint Motion to Stay the Case is hereby **GRANTED** pending resolution of the Granville Exempted Village School District's termination proceedings.  (Dkt. 15.)  Plaintiffs are **DIRECTED** to notify the Magistrate Judge upon the termination of the proceedings.  The Court will then set this matter for a conference to re-establish case deadlines.  Finally, the Clerk is **DIRECTED** to administratively close this action.

      **IT IS SO ORDERED.**

                                                               **s/ Algenon L. Marbley**
                                                               **Algenon L. Marbley**
                                                               **United States District Judge**

**Dated: February 21, 2012**